AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Gregory Mijares

*Defendant*

)
) Case: 1:23-mj-241
) Assigned To: Magistrate Judge Zia M. Faruqui
) Date: 9/5/2023
) Description: Complaint with Arrest Warrant
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Gregory Mijares__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil disorder;
18 U.S.C. § 1752(a)(1) - Entering or remaining in any restricted building or grounds;
18 U.S.C. § 1752(a)(2) – Disorderly and disruptive conduct in any restricted building or grounds,

Date: 09/05/2023

Zia M. Faruqui
2023.09.05 13:50:25 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.
Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/5/23, and the person was arrested on *(date)* 9/8/23
at *(city and state)* Crown Point, Indiana.

Date: 9/8/23

*Arresting officer's signature*

Patrick Cole – Special Agent (FBI)
*Printed name and title*